

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 0 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LAWRENCE S. BITTAKER,                )        NO. CV 91-1643-WMB
                                     )
          Petitioner,                )
                                     )        **DEATH PENALTY CASE**
          v.                         )
                                     )        ~~[Proposed]~~
JEANNE WOODFORD, Warden,             )
California State Prison at San       )
Quentin,                            )        **PROTECTIVE ORDER**
                                     )
          Respondent.                )
                                     )
_____)

All discovery granted to respondent pursuant to respondent's motion to discover trial counsels' files and conduct depositions of trial counsel, petitioner's defense team and petitioner, shall be deemed to be confidential. These documents and material (hereafter "documents") may be used only by representatives from the Office of the California Attorney General and only for purposes of any proceedings incident to litigating the claims presented in the petition for writ of habeas corpus pending before

this Court. Disclosure of the contents of the documents and the documents themselves may not be made to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies, without an order from this Court. This order shall continue in effect after the conclusion of the habeas corpus proceedings and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment in this matter.

This Court recognizes that Respondent objects to entry of this protective order, and that Petitioner contends the required disclosures in this action do not constitute a waiver of his rights under the 5th and 6th Amendment in event of any retrial. *The Court may vacate this order at anytime. The parties will immediately advise the court of any future rulings in Osband v. Woodford*

IT IS SO ORDERED.

DATED: *May 10, 2002*

_____
HONORABLE WILLIAM M. BYRNE, JR.
United States District Judge

Presented By:

MARIA E. STRATTON
Federal Public Defender

By: _____
C. RENEE MANES
Deputy Federal Public Defender
Attorneys for Petitioner,
LAWRENCE S. BITTAKER

2

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in Los Angeles County, California; that my business address is the Federal Public Defender's Office, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the action entitled below; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United State District Court for the Central District of California, and at whose direction I served a copy of the attached **[PROPOSED] PROTECTIVE ORDER** addressed as follows, by:

| [] Placing same in a sealed envelope for collection and interoffice delivery: | [] Placing same in an envelope for hand-delivery: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office: | [] Faxing same via facsimile machine: |
|---|---|---|---|

A. SCOTT HAYWARD, DEPUTY ATTORNEY GENERAL
FOR THE STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013

This proof of service is executed at Los Angeles, California, on April 30, 2002.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
MIRELA POPESCU