KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
A. SCOTT HAYWARD
Deputy Attorney General
State Bar No. 172106
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2370
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LAWRENCE S. BITTAKER,**<br><br>Petitioner,<br><br>v.<br><br>**JEANNE WOODFORD, et al,**<br><br>Respondent. | **CAPITAL CASE**<br><br>CV 91-1643-TJH<br><br>**RESPONDENT'S STATUS REPORT** |

Pursuant to this Court's order of August 16, 2011, Respondent hereby submits the following case status report.

Presently, this Court has before it Respondent's Motion for Summary Judgment on every claim in the Amended Petition, as well as Petitioner's Motion for Evidentiary hearing.  Both motions are fully briefed (and have been since July 2005), and the originally scheduled hearing dates were taken off calendar, with an indication that argument would be scheduled if the court found that to be necessary in order to rule on the motions.  Accordingly, the parties are awaiting either a

hearing date, or rulings on the motions. The timeline as to the relevant filings is as follows:

| | | |
|---|---|---|
| | September 2002: | Respondent's Motion for Summary Judgment filed; |
| | July 2003: | Petitioner's Opposition to the Motion for Summary Judgment filed; Petitioner's Motion for Evidentiary Hearing filed; |
| | November 2003: | Respondent's Reply to the Opposition to the Motion for Summary Judgment / Opposition to the Motion for Evidentiary Hearing filed; |
| | May 2005: | Petitioner's Supplemental Reply to the Opposition to the Motion for Evidentiary Hearing filed; |
| | June 2005: | Stipulation of the Parties Re: Objections to Portions of Declarations Submitted in Support of the Motion for Summary Judgment filed; |
| | July 2005: | Respondent's Response to Petitioner's Supplemental Reply to the Opposition to the Motion for Evidentiary Hearing filed. |

Again, as stated above, both pending motions have been fully briefed for over

//
//
//
//
//
//
//
//
//
//

2

1  six years. The motions are ripe to be argued or decided without argument,
2  depending on this Court's decision in that regard.

Dated: September 7, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General

*/s/ A. Scott Hayward*

A. SCOTT HAYWARD
Deputy Attorney General
*Attorneys for Respondent*

ASH:sf
LA1991XW0003
50969187

# CERTIFICATE OF SERVICE

Case Name: **Lawrence S. Bittaker v. Jeanne Woodford, et al**   No. **CV 91-1643-TJH**

I hereby certify that on September 8, 2011, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RESPONDENT'S STATUS REPORT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 8, 2011, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Margo A. Rocconi
Deputy Federal Public Defender
Federal Public Defender's Office
321 East 2nd Street
Los Angeles, CA 90012-4206

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 8, 2011, at Los Angeles, California.

Sandra Fan
Declarant

*[Signature]*
Signature

50969287