SEAN K. KENNEDY
Federal Public Defender
MARGO A. ROCCONI (No. 156805)
Deputy Federal Public Defender
(Email: Margo_Rocconi@fd.org)
BRIAN M. POMERANTZ (No. 214264)
Deputy Federal Public Defender
(E-mail: Brian_Pomerantz@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-7521
Facsimile  (213) 894-0310

Attorneys for Petitioner
LAWRENCE S. BITTAKER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE S. BITTAKER,<br><br>        Petitioner,<br><br>  v.<br><br>ROBERT L. AYERS, Warden, California State Prison at San Quentin,<br><br>        Respondent. | NO. CV 91-1643-TJH<br><br>**STATUS REPORT** |

Pursuant to this Court's order of August 16, 2011, Petitioner Lawrence Bittaker hereby submits this case status report

Petitioner's Motion for Evidentiary Hearing and Respondent's Motion for Summary Judgment are currently pending before the Court.

Respondent's Status Report designates several "relevant filings" that are pending resolution. Petitioner adds one filing that is relevant to decision-making on Petitioner's claims, and has added details to make it easier for the Court to find the pleadings that Respondent has highlighted:

///

///

1

1.     Respondent's Motion for Summary Judgment was filed on September 24, 2002[1] (docket no. 482);

2.     Petitioner's Opposition to the Motion for Summary Judgment was filed on June 18, 2003[2] (docket no. 486);

3.     Petitioner's Motion for Evidentiary Hearing was filed on July 31, 2003[3] (docket no. 484);

4.     Respondent's Reply to Petitioner's Opposition to Respondent's Motion for Summary Judgment / Respondent's Opposition to Petitioner's Motion for Evidentiary Hearing was filed on November 21, 2003[4] (docket no. 480);

5.     Petitioner's Supplemental Reply to the Opposition to the Motion for Evidentiary Hearing was filed on May 16, 2005 (docket no. 517);

6.     Stipulation of the Parties Re: Objections to Portions of Declarations Submitted in Support of the Motion for Summary Judgment was filed on June 14, 2005 (docket no. 522);

///
///
///
///
///

---

[1] For reasons that are unclear to Petitioner, the docket lists the filing date as November 25, 2003.

[2] For reasons that are unclear to Petitioner, the docket lists the filing date as December 17, 2003.

[3] For reasons that are unclear to Petitioner, the docket lists the filing date as December 17, 2003.

[4] For reasons that are unclear to Petitioner, the docket lists the filing date as December 17, 2003.

7. Respondent's Response to Petitioner's Supplemental Reply to the Opposition to the Motion for Evidentiary Hearing was filed on July 28, 2005 (docket no. 526).

                                    Respectfully submitted,

                                    SEAN K. KENNEDY
                                    Federal Public Defender

Dated: September 16, 2011         By  */S/ Margo A. Rocconi*
                                    MARGO A. ROCCONI
                                    Deputy Federal Public Defender

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, the undersigned, declare that I am employed in Los Angeles County, |
| 3 | California; that my business address is the Federal Public Defender's Office, 321 |
| 4 | East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894- |
| 5 | 2854; that I am over the age of eighteen years; that I am not a party to the action |
| 6 | entitled below; that I am employed by the Federal Public Defender for the Central |
| 7 | District of California, who is a member of the Bar of the United States District |
| 8 | Court for the Central District of California, and at whose direction I served a copy |
| 9 | of the attached **Status Report** on the following individual(s) by: |

| | | | | |
|---|---|---|---|---|
| 10-13 | [XX] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand-delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office, addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |

**CHAMBERS COPY DELIVERED TO:**
Clerk's Office Room G-19 (hand delivery)

DEATH PENALTY LAW CLERK (hand delivery)
United States Courthouse
312 N. Spring Street, Rm. 810D
Los Angeles, CA 90012

This proof of service is executed at Los Angeles, California, on September 16, 2011.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Stephanie Verhamme*
STEPHANIE VERHAMME