KAMALA D. HARRIS
Attorney General of California
LANCE E. WINTERS
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
A. SCOTT HAYWARD
Deputy Attorney General
State Bar No. 172106
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2370
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LAWRENCE S. BITTAKER,**<br><br>Petitioner,<br><br>v.<br><br>**JEANNE WOODFORD, et al,**<br><br>Respondent. | <u>CAPITAL CASE</u><br><br>CV 91-1643-TJH<br><br>**RESPONDENT'S STATUS REPORT** |

Pursuant to this Court's order of August 15, 2014, Respondent hereby submits the following case status report.

Presently, this Court has before it Respondent's Motion for Summary Judgment on every claim in the Amended Petition, as well as Petitioner's Motion for Evidentiary hearing.  Both motions are fully briefed (and have been since July 2005), and the originally scheduled hearing dates were taken off calendar, with an indication that argument would be scheduled if the court found that to be necessary in order to rule on the motions.  Accordingly, the parties are awaiting either a

1  hearing date, or rulings on the motions.  The timeline as to the relevant filings is as
2  follows:
3          September 2002:    Respondent's Motion for Summary Judgment filed;
4          July 2003:              Petitioner's Opposition to the Motion for Summary
5                                      Judgment filed; Petitioner's Motion for Evidentiary
6                                      Hearing filed;
7          November 2003:    Respondent's Reply to the Opposition to the Motion for
8                                      Summary Judgment / Opposition to the Motion for
9                                      Evidentiary Hearing filed;
10        May 2005:             Petitioner's Supplemental Reply to the Opposition to the
11                                    Motion for Evidentiary Hearing filed;
12        June 2005:            Stipulation of the Parties Re: Objections to Portions of
13                                    Declarations Submitted in Support of the Motion for
14                                    Summary Judgment filed;
15        July 2005:             Respondent's Response to Petitioner's Supplemental
16                                    Reply to the Opposition to the Motion for Evidentiary
17                                    Hearing filed.
18        August 2011:         Status Report filed by parties indicating the foregoing
19                                    procedural posture.
20        Again, as stated above, both pending motions have been fully briefed for over
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

2

nine years. The motions are ripe to be argued or decided without argument, depending on this Court's decision in that regard.

Dated: September 8, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
LANCE E. WINTERS
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General

*/s/ A. Scott Hayward*

A. SCOTT HAYWARD
Deputy Attorney General
*Attorneys for Respondent*