# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE S. BITTAKER,<br><br>　　　　　Petitioner,<br>　　v.<br>ROBERT L. AYERS, Warden, California State Prison at San Quentin,<br><br>　　　　　Respondent. | No. CV 91-1643 TJH<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING DISMISSAL OF THE SECOND AMENDED PETITION AS MOOT DUE TO PETITIONER'S DEATH [JS-6]** |

The Court, having been advised that Lawrence S. Bittaker died on December 13, 2019, HEREBY ORDERS that Bittaker's Second Amended Petition for Writ of Habeas Corpus (Docket No. 488) is dismissed as moot. IT IS SO ORDERED.

DATED: MARCH 23, 2020

_____
HONORABLE TERRY J. HATTER, JR.
United States District Judge

Presented by:

*/s/ Margo A. Rocconi*
MARGO A. ROCCONI
Supervising Deputy Federal Public Defender